UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCENTURY INSURANCE CO.,<br><br>        Plaintiff,<br><br>    v.<br><br>A. EDWARD EZOR,<br><br>        Defendant. | No.   CV 10-7293 PA (FFMx)<br><br>JUDGMENT |

In accordance with the Court's July 25, 2011 Minute Order granting plaintiff ProCentury Insurance Company's ("Plaintiff") Motion for Summary Judgment, the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff shall have judgment in its favor on its claims for declaratory judgment of its duty to defend and duty to indemnify the "Brown Petition" and the "Page Petition" (as those terms are defined in the Court's July 25, 2011 Minute Order granting Plaintiff's Motion for Summary Judgment);

2. Plaintiff shall have judgment in its favor on its claim for reimbursement of its duty to defend the Page Petition;

3. Plaintiff shall have judgment in its favor on defendant A. Edward Ezor's counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing and defendant shall recover nothing; and

4. Plaintiff shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: July 25, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE