JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCENTURY INSURANCE CO., | No.   CV 10-7293 PA (FFMx) |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| A. EDWARD EZOR, | |
| Defendant. | |

In accordance with the Court's July 25, 2011 Minute Order granting plaintiff ProCentury Insurance Company's ("Plaintiff") Motion for Summary Judgment, and the Court's September 12, 2011 Minute Order granting Plaintiff's Motion to Alter or Amend the Judgment, the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff shall have judgment in its favor on its claims for declaratory judgment of its duty to defend and duty to indemnify the "Brown Petition" and the "Page Petition" (as those terms are defined in the Court's July 25, 2011 Minute Order granting Plaintiff's Motion for Summary Judgment);

  2. Plaintiff shall have judgment in its favor for $350,722.70 on its claim for reimbursement of its duty to defend the Page Petition;

  3. Plaintiff shall have judgment in its favor on defendant A. Edward Ezor's counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing and defendant shall recover nothing; and

  4. Plaintiff shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: September 12, 2011

                _____
                Percy Anderson
                UNITED STATES DISTRICT JUDGE