1  Marilyn Klinger (SBN 83508)
   SMTD Law LLP
2  355 South Grand Avenue, Suite 2450
   Los Angeles, California 90071
3  (2130) 943-1425
   mklinger@smtdlaw.com

4  Attorneys for Plaintiff
   PROCENTURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCENTURY INSURANCE CO., | Case No. CV-10-7293 PA (FFMx) |
| Plaintiff, | Hon. Frederick F. Mumm |
| v. | RENEWAL OF JUDGMENT BY CLERK |
| A. EDWARD EZOR d/b/a THE LAW OFFICES OF A. EDWARD EZOR, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Based upon the application for renewal of the original judgment, and pursuant to Federal Rule of Civil Procedure 69(a) and California Code of Civil Procedure sections 683.110 through 683.320, and for good cause appearing therefor,

Judgment in favor of Plaintiff and Judgment Creditor, Procentury Insurance Company, and against Defendant and Judgment Debtor, A. Edward, be and the same is hereby renewed in the amounts set forth below:

/////

/////

Renewal of money judgment:

|   |   |   |
|---|---|---:|
| a. | Total Judgment | $350,722.70 |
| b. | Costs after Judgment | $ 0.00 |
| c. | Subtotal (add a and b) | $350,722.70 |
| d. | Credits after Judgment | $ 0.00 |
| e. | Subtotal (subtract d from c) | $350,722.70 |
| f. | Interest after Judgment (rate of 10% per annum) | $341,306.00 |
| g. | Fee for filing renewal application | $ 0.00 |
| h. | Total renewed Judgment (add e, f and g) | $692,028.70 |

DATED: June 4, 2021      by Deputy Clerk, *Margo Mead*

Kiry K. Gray
Clerk of the U.S. District Court